DOROTHY KANOFSKY, an Infant, by ROSE KANOFSKY, Her Guardian ad Litem, et al., Appellants, v. BROOKLYN JEWISH CENTER, INC., Respondent.

(Argued October 18, 1934; decided November 20, 1934.)

*George H. Engelhard* for appellants.

*Thomas A. Clarke, John G. Reilly* and *Walter J. Slattery* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.   Not sitting: LEHMAN, J.